CHARLES BERLIN, Respondent, *v.* SEA BREEZE FOUNDA-TION, INC., Appellant, Impleaded with Others.

(Argued June 7, 1932; decided June 21, 1932.)

*Emil Weitzner, Samuel H. Kaufman* and *Sidney Friedman* for appellant.

*Clarence G. Bachrach, Herman S. Bachrach* and *Samuel S. Bisgyer* for Charles Berlin, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: POUND, Ch. J.